AKR
X9741

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Balvina Jazmin CORDOVA Banuelos,<br><br>Defendant. | Case No.: '23 MJ0007<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 8, 2023, within the Southern District of California, Balvina Jazmin CORDOVA Banuelos did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Special Agent Daniel Tuck
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th day of January 2023.

*William V. Gallo*
Hon. William V. Gallo
United States Magistrate Judge

# STATEMENT OF FACTS

On January 8, 2023, at approximately 1855 hours, Balvina Jazmin CORDOVA Banuelos, ("CORDOVA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #12. CORDOVA was the driver, sole occupant of a 2010 Chevrolet HHR ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from CORDOVA. CORDOVA stated she was crossing the border to go to Los Angeles, California. Further inspection of the vehicle using a screwdriver on the driver side rear quarter panel resulted in the observation of clear plastic wrapped packages.

A Canine Enforcement Officer was conducting roving pre-primary inspection operations when she responded to screen the vehicle in Lane 12. The Human and Narcotic Detection Dog alerted to the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the quarter panel, door area, and gas tank of the vehicle.

Further inspection of the vehicle resulted in the discovery of 98 packages concealed in the quarter panels, firewall, door panels, and gas tank of the vehicle,

1

with a total approximate weight of 51.11 kgs (112.67 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

During a post-Miranda interview, CORDOVA denied knowledge that the narcotics were in the vehicle. CORDOVA stated that she was going to meet a man she was dating. CORDOVA claimed that she borrowed her cousin's vehicle and was not aware that the vehicle had narcotics inside.

CORDOVA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.